IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

KELVIN E. JONES,

    Defendant.

CRIMINAL ACTION

NUMBER 1:24-CR-0171-JPB-CMS

**O R D E R**

For good cause shown, the oral motion by the defendant to continue the pretrial conference and deadline for pretrial motions is GRANTED. The pretrial conference is continued to August 9, 2024, at 1:00 p.m. in courtroom 1810. The defendant has until August 8, 2024, by noon to file any pretrial motions.

The time from July 8, 2024, to and until August 9, 2024, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161(h)(7)(B)(i) on the grounds that the additional time is necessary to afford defendant reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED this 8th day of July, 2024.

CATHERINE M. SALINAS
United States Magistrate Judge